[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SAMARK JOSE LOPEZ BELLO,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control and UNITED STATES DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants-Appellees. | No. 23-5036 |

**APPELLEES' MOTION TO EXTEND THE TIME TO FILE THE RESPONSE BRIEF BY SEVEN DAYS**

Appellees, the Treasury Department's Office of Foreign Assets Control (OFAC) and its Director, respectfully move for a seven-day extension of time to file the government's response brief in this case, to and including September 18, 2023. This is the government's second request for

an extension to file its brief. Appellant's position on this motion is currently unknown.

1. This case involves a lawsuit filed by plaintiff Samark Jose Lopez Bello, a foreign national. In February 2017, OFAC designated Lopez Bello under the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. § 1904, which resulted in Lopez Bello's assets being blocked. Approximately four years later, in June 2021, Lopez Bello sued the agency and challenged his designation. The district court ruled against him in December 2022, and Lopez Bello filed a notice of appeal on February 21, 2023. Lopez Bello's opening brief was filed in this Court on June 12, 2023.

2. The government previously sought and received an extension of time to September 11, 2023, to file its responsive brief, based on planned medical and other leave for the government's appellate attorneys, other litigation obligations, and logistical complexities surrounding classified portions of the administrative record. The case has not yet been scheduled for oral argument.

3. The requested extension is necessary due to additional logistical complexities surrounding the classified portions of the administrative record. As contemplated by the Foreign Narcotics Kingpin Designation Act, *see* 21 U.S.C. § 1903(i), portions of the administrative record contain classified information and were filed *ex parte* for *in camera* review by the district court. In conjunction with its appellate brief in this case, the government intends to lodge with this Court a classified *ex parte* Supplemental Appendix for this Court's *in camera* review, which would consist of materials filed *ex parte* with the district court. Unfortunately, the process of compiling and preparing that *ex parte* material has required additional time and consultation that is not yet complete.

4. Prior to filing this motion, undersigned counsel contacted counsel for appellant via email in an attempt to ascertain appellant's position on this motion. As of this writing, undersigned counsel has not yet heard back from appellant's counsel, and appellant's position on this motion is unknown.

## CONCLUSION

For the foregoing reasons, appellees hereby move for a seven-day extension of time to file their response brief, to and including September 18, 2023.

                                 Respectfully submitted,

                                 SHARON SWINGLE
                               (202) 353-2689
                               **/s/ Benjamin M. Shultz**
                               BENJAMIN M. SHULTZ
                               (202) 514-3518
                                  Attorneys, Appellate Staff
                                  Civil Division
                                  U.S. Department of Justice
                                  950 Pennsylvania Ave., N.W.
                                  Room 7211
                                  Washington, D.C.  20530
                                  Benjamin.Shultz@usdoj.gov

SEPTEMBER 2023

**TYPE-VOLUME CERTIFICATE**

I hereby certify that this motion complies with the type-volume requirements because it was prepared in Palatino Linotype, a proportionally-spaced font, and contains 406 words according to the count of Microsoft Word.

/s/ Benjamin M. Shultz
Benjamin M. Shultz

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

    **/s/ Benjamin M. Shultz**
Benjamin M. Shultz