

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7270
Washington, DC 20530

Tel: 202-514-3518

January 11, 2024

VIA CM/ECF

Mark Langer, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE:  *Lopez Bello v. Smith*,
     No. 23-5036 (D.C. Cir.)
     Oral Argument Scheduled for January 19, 2024

Dear Mr. Langer:

    As the oral argument approaches, I submit this letter to remind the Court that this case involves classified information, which has been made available to the judges of this Court through the Court Information Security Officers, under appropriate security arrangements. As the Court is aware, the government has filed an *ex parte* supplemental appendix that contains classified and other privileged materials filed *ex parte* in the district court. (The government's appellate brief was filed publicly and contains no classified information).

    The classified information has been made available to the judges of this Court by the Department of Justice with the understanding that the secrecy of this information will be properly protected. See 28 C.F.R. §§ 17.17, 17.46 (providing that classified information may be disclosed by Justice Department attorneys to Article III judges, as long as proper security measures are taken). Neither appellant nor his counsel have had access to, or are cleared to receive, this classified information.

      The government is prepared to argue this case publicly, in an open courtroom, without referring to the contents of the classified information itself. If the Court has questions about the classified information or wishes to discuss it, however, or if it becomes necessary for government counsel to answer questions by referring to the contents of this information, our understanding is that the Court will make the necessary arrangements with the Court Information Security Officer, so the classified material can be discussed in a secure environment.

      We also ask that the Court notify counsel if it plans to hold a closed session, so proper arrangements may be made for government counsel's copy of the classified material to be available at oral argument.

      Please contact me if there are any questions or problems. Thank you for your attention to this matter.

      Sincerely,

*/s/ Benjamin M. Shultz*
Benjamin M. Shultz
Attorney, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7211
Washington, DC 20530
202-514-3518
Benjamin.Shultz@usdoj.gov

cc:    Counsel of Record (via CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                        */s/ Benjamin M. Shultz*
                                        Benjamin M. Shultz